■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLYDE COLLINS, JR.,

Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, et al., Respondents.—Judgment unanimously affirmed. The issues raised herein may properly be raised on the appeal from the judgment of conviction. (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present—Marsh, P. J., Moule, Dillon, Hancock, Jr., and Witmer, JJ.